| | EMERY CELLI BRINCKERHOFF & ABADY LLP | |
|---|---|---|
| RICHARD D. EMERY | | DIANE L. HOUK |
| ANDREW G. CELLI, JR. | ATTORNEYS AT LAW | |
| MATTHEW D. BRINCKERHOFF | 600 FIFTH AVENUE AT ROCKEFELLER CENTER | ALISON FRICK |
| JONATHAN S. ABADY | 10TH FLOOR | DAVID LEBOWITZ |
| EARL S. WARD | NEW YORK, NEW YORK 10020 | DOUGLAS E. LIEB |
| ILANN M. MAAZEL | | ALANNA KAUFMAN |
| HAL R. LIEBERMAN | TEL: (212) 763-5000 | EMMA L. FREEMAN |
| DANIEL J. KORNSTEIN | FAX: (212) 763-5001 | DAVID BERMAN |
| O. ANDREW F. WILSON | www.ecbalaw.com | HARVEY PRAGER |
| ELIZABETH S. SAYLOR | | SCOUT KATOVICH |
| KATHERINE ROSENFELD | | NICK BOURLAND |
| DEBRA L. GREENBERGER | | ANDREW K. JONDAHL |
| ZOE SALZMAN | | |
| SAM SHAPIRO | | |

January 16, 2020

**By ECF**

Hon. William H. Pauley III
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

      Re:    *OPIC v. Gali*, No. 19 Civ. 05418 (WHP)

Dear Judge Pauley:

On behalf of the Plaintiff, we write to request that the Court adjourn, for thirty days, the default judgment motion schedule set on December 16, 2019. *See* Dkt. No. 21.

In the course of preparing Plaintiff's motion for default, we have received additional advice from Indonesian local counsel regarding the service of process in Indonesia. We request this adjournment to assess this advice, conduct further legal research regarding Indonesian service of process, and determine how best to proceed. Accordingly, we request a thirty-day adjournment of the default judgment motion schedule.

                                       Respectfully submitted,

                                       /s

                                       O. Andrew F. Wilson

cc:    All Counsel of Record

**Application granted.**

Dated: January 16, 2020
New York, New York

SO ORDERED:

*/s/ William H. Pauley*
WILLIAM H. PAULEY III
U.S.D.J.