UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------

| | : | |
|---|---|---|
| UNITED STATES INTERNATIONAL DEVELOPMENT FINANCE CORPORATION (successor to OVERSEAS PRIVATE INVESTMENT CORPORATION), | : : : : : : | 19cv5418 |
| | : | ORDER |
| Plaintiff, | : : | |
| -against- | : : | |
| FRANCESCO J. GALI, | : : | |
| Defendant. | | |

------------------------------------

WILLIAM H. PAULEY III, Senior United States District Judge:

   Defendant is ordered to file a response to Plaintiff's motion for default judgment (ECF No. 45), by June 15, 2021.

   Counsel for Plaintiff is directed to serve a copy of this Order on Defendant using the same methods approved in this Court's Order for Alternative Service, (ECF No. 24).

Dated: May 13, 2021
   New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.