**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
UNITED STATES INTERNATIONAL
DEVELOPMENT FINANCIAL
CORPORATION,

                      Plaintiff,

        -against-

FRANCISCO J. GALI,
                Defendant.
----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/27/2021

19 CIVIL 5418 (RA)

**DEFAULT JUDGMENT**

It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Order dated December 23, 2021, judgment is entered in the amount of $5,935,266.39 for Plaintiff plus post-judgment interest, to be calculated from the date the Clerk of Court enters judgment in this action until the date of payment, using the federal rate set forth in 18. U.S.C. § 1961; accordingly, the case is closed.

**DATED**: New York, New York
            December 27, 2021

                                            RUBY J. KRAJICK
                                            Clerk of Court

                                    BY: _____
                                                Deputy Clerk